UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARDS,<br><br>              Plaintiff,<br><br>        v.<br><br>WILLIAM FOUTCH, et al.,<br><br>              Defendants. | Case No. EDCV 12-1832 DOC (JC)<br><br>(PROPOSED)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all documents filed in connection with defendants' Motion for Summary Judgment and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Motion for Summary Judgment is granted; and (2) Judgment be entered accordingly

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Judgment, and the Report and Recommendation on plaintiff and counsel for defendants.

IT IS SO ORDERED

DATED: September 9, 2014    _/s/ David O. Carter_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICHARDS,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIAM FOUTCH, et al.,<br><br>  Defendants. | Case No. EDCV 12-1832 DOC(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that summary judgment is entered in favor of defendants.

DATED: September 9, 2014

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE